## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jeannie Patora, individually on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>Tarte, Inc.,<br><br>     Defendant. | Case No. 7:18-cv-11760-KMK<br><br>**DECLARATION OF JENNY SHAWVER OF ANGEION GROUP, LLC** |

  I, Jenny Shawver, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

  1. I am a project manager at the class action notice and settlement administration firm Angeion Group, LLC ("Angeion"). I am familiar with the facts set forth herein and, could and would testify to them if called upon to do so.

  2. The purpose of this declaration is to provide the Parties and the Court with an update on total claims, exclusions and objections received.

  3. The notice program approved by the Court by Order of October 2, 2019, as modified by Order of December 20, 2019, has now been completed.

  4. As of the date of this declaration, Angeion has received three (3) requests for exclusion and has not received or been made aware of any objections to the Settlement. Copies of the exclusions received are attached hereto as Exhibit A.

  5. Pursuant to the terms of the Settlement Agreement, class members can submit claims for a full refund for any number of products for which they provide proof of purchase. ECF 21-1 § 4.1(j)(i). Alternately, class members may claim $5 for up to five products without providing proof of purchase, or $5 for up to ten products without providing proof of purchase, if additional information is provided, such as the approximate time and place of purchase. *Id*. §

4.1(j)(ii).

6. As of the date of this declaration, we have received claims for 193,662 products, totaling $968,310. (There are also a small number of claims which were accompanied by proof-of-purchase, which are still being processed, and are not included in the above tally.) The deadline to file a claim form was January 21, 2020.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: January 24, 2020

                                                                 JENNY SHAWVER

# EXHIBIT A

HPN Class Action
Settlement Administrator
Attn: Exclusion Requests
P.O. Box 58220
1500 John F. Kennedy Blvd, Suite C31
Philadelphia, PA 19102


RE: *Patora v. Tarte, Inc.*, 7:18-cv-11760 (S.D.N.Y.)

Settlement Administrator:

Please exclude me (or "Opt-Out") from the *Patora v. Tarte, Inc.* Settlement.

Name:      Gabrielle Fox
Address:

The name of the case: *Patora v. Tarte, Inc.*, 7:18-cv-11760 (S.D.N.Y.);
I am opting out of the of the Settlement, and request to be excluded from this Settlement.


*[signature]*
Gabrielle Fox

HPN Class Action  
Settlement Administrator  
Attn: Exclusion Requests  
P.O. Box 58220  
1500 John F. Kennedy Blvd, Suite C31  
Philadelphia, PA 19102  

RE: *Patora v. Tarte, Inc.*, 7:18-cv-11760 (S.D.N.Y.)

Settlement Administrator:

Please exclude me (or "Opt-Out") from the *Patora v. Tarte, Inc.* Settlement.

Name:      Trefina Fox  
Address:   ███████████

The name of the case: *Patora v. Tarte, Inc.*, 7:18-cv-11760 (S.D.N.Y.);  
I am opting out of the of the Settlement, and request to be excluded from this Settlement.

_____  
Trefina Fox

Hello,

My name is Uzma Naahin Quraishi, and my address is ███████████████
███████. I am contacting you regarding the case: Patora v. Tarte, Inc., 7:18-cv-11760 (S.D.N.Y.). I want to be excluded from this settlement.

Sincerely,

Uzma Quraishi

*Uzma Quraishi*